IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Sean T. Cozart,

    Plaintiff,

v.

                                              No. 1:20-cv-00172 DHU/SMV

United States of America
and Reuben E. Last, MD,

    Defendants,

IN THE MATTER OF RECUSAL OF:
RECUSAL OF ALL UNITED STATES JUDGES
FOR THE DISTRICT OF NEW MEXICO

## ORDER OF RECUSAL AND PENDING REASSIGNMENT

    This matter identifies an employee of the United States Marshals Service as a party. Deputy Marshals have contact with and attend functions involving a significant number of the judges in this District. Under the circumstances, and consistent with District wide practices, it is appropriate for all judicial officers for the District of New Mexico to recuse in the matter.

    **IT IS THEREFORE ORDERED THAT:**

    All judicial officers of the District of New Mexico recuse in this action. The matter is pending reassignment to an out-of-district judge and further order of reassignment is forthcoming.

    **DONE** this 23rd day of May, 2022.

FOR THE COURT:

_/s/ William P. Johnson_
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE